# Exhibit A

Approved, SCAO                                                                                    2nd copy  Defendant

| STATE OF MICHIGAN 52-4 JUDICIAL DISTRICT | DEMAND AND ORDER FOR REMOVAL Small Claims | CASE NO. 13CO2243SC |
|---|---|---|

Court address | Court telephone no.
520 W. Big Beaver, Troy MI 48084 | 248-528-0400

Plaintiff's name and address
Edward Hurtwitz
2228 Rochester CT
Troy, MI 48083

☐ Personal service

v

Defendant's name and address
Credit Protection Association
13355 Noel
Dallas TX 75240

☐ Personal service

This demand is made by:   ☒ plaintiff   ☐ plaintiff's attorney   ☐ defendant   ☐ defendant's attorney

**DEMAND**

I demand that this case be removed from the small claims division to the general civil division of the court.

10/2/13
Date

Signature of party demanding removal
Edward Hurtwitz
Name (type or print)
2228 Rochester CT
Address
Troy, MI 48083                    248-266-8024
City, state, zip                   Telephone no.

RECEIVED FOR FILING 2013 OCT -3 D 2:19 52-4 DISTRICT COURT TROY, MI

**ORDER**

IT IS ORDERED: This case is removed to the general civil division of the court for further proceedings. The defendant shall file a written answer and serve it within 14 days from the date of this order, as provided in court rule.

OCT 04 2013
Date

Judge/Attorney magistrate        P21904
                                  Bar no.

**CERTIFICATE OF MAILING**

I certify that on this date a copy of this demand and order was served on the parties indicated above by ordinary mail.

OCT 04 2013                       T. TARDUGNO
Date                              Court clerk

Approved, SCAO

To order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

| STATE OF MICHIGAN 52-4 JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. 13-CO2243 SC |
|---|---|---|
| Court address 520 W. Big Beaver, Troy, MI 48084 | | Court telephone no. (248) 528-0400 |

See instructions on the back of plaintiff and defendant copies.

1. Plaintiff: **EDWARD HURTWITZ**
   Address: **2228 ROCHESTER CT**
   City, state, zip: **TROY MI, 48083**   Telephone no.: **(248) 266-8024**

2. Defendant: **CREDIT PROTECTION ASSOCIATION**
   Address: **13355 NOEL**
   City, state, zip: **DALLAS TX 75240**   Telephone no.: **(972) 233-9614**

**NOTICE OF HEARING** (For Court Use Only)

The plaintiff and the defendant must be in court on
Day: **Tuesday**   Date: **10-22-13**
at Time: **2:00 pm**   at ☑ the court address above.
Location: **Magistrate**
Process server's name: **Cert Mail**   Fee paid: $ **11-**

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____.
   The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☑ the plaintiff or his/her guardian, conservator, or next friend.   ☐ a partner.   ☐ a full-time employee of the plaintiff.

5. The plaintiff is   ☑ an individual.   ☐ a partnership.   ☐ a corporation.   ☐ a sole proprietor.   ☐ Other _____

6. The defendant is   ☐ an individual.   ☐ a partnership.   ☑ a corporation.   ☐ a sole proprietor.   ☐ Other _____

7. The date(s) the claim arose are **2010 - 2013**
   Attach separate sheets if necessary

8. Amount of money claimed is $ **500.00**.   (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are **SEE ATTACHED**

10. The plaintiff understands and accepts that the claim is limited to $3,000.00 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☑ is   ☐ is not   mentally competent. I believe the defendant ☑ is   ☒ is not   18 years or older.

12. ☐ I do not know whether the defendant is in the military service.   ☑ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Subscribed and sworn to before me on **9-9-13**, _____ County, Michigan.
Signature: **Edward Hurtwitz**

My commission expires: _____ Date
Signature: _____ Deputy clerk/Notary public

Notary public, State of Michigan, County of _____

The defendant(s) must be served by **12-10-13**.
Expiration date

DC 84 (1/12) AFFIDAVIT AND CLAIM, Small Claims       MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521

DEFENDANT