# Exhibit B



# FAX

**To:** **913127043001**
Company:
Fax: 913127043001
Phone:

**From:** **tardugnot**
Fax:
Phone: 248/526-2075
E-mail: tardugnot@oakgov.com

---

**NOTES:**

---

**Date and time of transmission:** Thursday, October 17, 2013 12:43:28 PM
**Number of pages including this cover sheet:** 02

Atty Avanti Bakane

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Credit Protection Association
13355 Noel
Dallas TX 75240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Alfredo Moya* ☐ Agent ☑ Addressee
B. Received by (Printed Name): Alfredo Moya  C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

2013 SEP 23 P 2: 46
RECEIVED FOR FILING

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0007 0060 3627

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540